[No. 73426-1-I.  Division One.  April 4, 2016.]

MARY MATTHEWS ET AL., *Appellants*, v. ISLAND LANDMARKS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-20765-8, Monica J. Benton, J., entered April 29, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Appelwick and Leach, JJ.

[No. 73964-6-I.  Division One.  April 4, 2016.]

DILLON SMELSER ET AL., *Appellants*, v. JEANNE PAUL ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-2-14979-5, Katherine M. Stolz, J., entered July 18, 2014. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Verellen, C.J., and Spearman, J.

[No. 46729-1-II.  Division Two.  April 5, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD EDWARD FEARS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 14-1-00262-3, Richard L. Brosey, J., entered September 30, 2014. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Worswick and Lee, JJ.

[No. 46733-0-II.  Division Two.  April 5, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ENDY DOMINGO CORNELIO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-02753-6, Vicki L. Hogan, J., entered September 24, 2014. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Maxa, A.C.J., and Melnick, J.